| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Anne M. Healy-Liming, §
§
    Plaintiff, §
§
versus §    Civil Action H-11-3147
§
SPX Flow Technology, §
§
    Defendant. §

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on May 8, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge